**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

ROBERT HOWIE and AMY HOWIE,          §
                                     §
    *Plaintiff,*                    §
                                     §
v.                                   §          Case No. 3:20-cv-00104-MPM-JMV
                                     §
BARD PERIPHERAL VASCULAR,            §
INC. AND C. R. BARD, INC.            §
                                     §
    *Defendants.*                   §

## ORDER GRANTING PARTIES' JOINT MOTION TO TEMPORARILY STAY DISCOVERY AND DISCOVERY RELATED PRETRIAL DEADLINES

    The Court, having reviewed the Parties' Joint Motion and Memorandum of Law in Support of Motion to Temporarily Stay all Discovery and Pretrial Deadlines, and good cause appearing therefore, hereby enters the following Order:

    The discovery deadline, Defendants' expert designation deadline, and the *Daubert* and dispositive motions deadline are hereby STAYED through July 12, 2021, to permit the parties to finalize global settlement of this and all cases filed by Plaintiff's counsel. The aforementioned deadlines are hereby EXTENDED by 90 days from the date of this Order. Previously expired deadlines are not affected by this order. The parties agree to meet and confer regarding deadlines arising after July 12, 2021, as a result of the stay, to the extent a settlement is not ultimately reached.

    **SO ORDERED** this 23rd day of April, 2021.


                                                **/s/ Jane M. Virden**
                                                UNITED STATES MAGISTRATE JUDGE