## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | | |
|---|---|---|
| ROBERT HOWIE AND AMY HOWIE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:20-cv-00104-MPM-JMV |
| C. R. BARD, INC. AND BARD PERIPHERAL VASCULAR, INC. | § § § | |
| Defendants. | § § | |

## ORDER GRANTING IN PART
## JOINT MOTION TO EXTEND STAY

The Court, having reviewed the Parties' *Joint Motion to Extend Stay*, is of the opinion the motion should be granted in part only. Accordingly, the stay is extended until 10/12/21, and the following deadlines will control thereafter:

Defendant's expert designation deadline – 12/13/21

Discovery deadline – 3/14/22

*Daubert* and dispositive motions deadline – 4/6/22

**SO ORDERED** this 19th day of July, 2021.


**/s/ Jane M. Virden**
UNITED STATES MAGISTRATE JUDGE